IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CHARLES THOMAS WILMER WEEMS, )
)
    Plaintiff, )
)
v. ) CASE NO. CV409-065
)
AL ST. LAWRENCE, individually )
and in the official capacity, )
CORRECTIONS OFFICER GILBERG, )
individually and in the official )
capacity, CORRECTIONAL OFFICER )
LOVETTE, individually and in the )
official capacity, )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 12), to which no objections have been filed. After a careful review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation. Therefore, the Court **ADOPTS** as its Opinion the Report and Recommendation of the Magistrate Judge with the following modification: Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**. Accordingly, the **Clerk of Court** is **DIRECTED** to **CLOSE THIS CASE**.

SO ORDERED this 5th day of August, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA